**Order entered May 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00075-CV

### TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA MOTOR CORPORATION, Appellants

### V.

### BENJAMIN THOMAS REAVIS AND KRISTI CAROL REAVIS, INDIVIDUALLY AND AS NEXT FRIENDS OF E.R. AND O.R., MINOR CHILDREN, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

### ORDER

Before the Court is appellees' motion for leave to file post-submission letter.

We **GRANT** the motion. We **DIRECT** the Clerk of the Court to file appellees'

post-submission letter as of the date of this order.

/s/     DAVID J. SCHENCK
         JUSTICE